UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATHAN ATIKURRAHEMAN,<br><br>                    Plaintiff,<br>       v.<br><br>MERRICK GARLAND et al.,<br><br>                    Defendant. | CASE NO. 2:24-cv-01256-DGE-TLF<br><br>ORDER ON STIPULATED MOTION TO DISMISS (DKT. NO. 26) AND REPORT AND RECOMMENDATION (DKT. NO. 24) |

On March 31, 2024 Petitioner Pathan Atikurraheman, through Assistant Federal Defender Gregory Murphy, and Acting United States Attorney Teal Luthy Miller and Assistant United States Attorney Michelle Lambert, jointly stipulated under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action should be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  (Dkt. No. 26 at 1.)

ORDER ON STIPULATED MOTION TO DISMISS (DKT. NO. 26) AND REPORT AND RECOMMENDATION (DKT. NO. 24) - 1

1    Accordingly, the Report and Recommendation (Dkt. No. 24) is DISMISSED as moot.
2  The stipulated motion (Dkt. No. 26) is GRANTED.  It is hereby ORDERED that this case is
3  dismissed with prejudice and without an award of fees and costs to either party.
4    Dated this 31st day of March, 2025.

David G. Estudillo
United States District Judge